ESTATE OF JULIA C. MORAGHAN, DECEASED.

[No. 21,239; decided April 5, 1899.]

Administrator—Rivals for Appointment.—The Daughter of the Intestate, who has been granted special letters of administration, is in this case granted general letters, as against the public administrator and a son who, by reason of dissolute habits, is incompetent to act.

Administrator—Person Incompetent to Act.—A person who has dissolute, intemperate, and improvident habits is not competent to act as administrator of his father's estate.

Administrator—Person Incompetent to Nominate.—One who, by reason of dissolute, intemperate and improvident habits, is incompetent to act as administrator of his father's estate, has no right to nominate his copetitioner, the public administrator, to act as administrator in his place, or to nominate him to act jointly with the public administrator.